UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN L. MAYO,           )<br>                             )<br>     Plaintiff              )<br>                             )<br>V.                           )<br>                             )<br>DOCUCORP INTERNATIONAL )<br>INC.,                        )<br>                             )<br>     Defendant.             )<br>_____ ) | CIVIL ACTION NO.<br>1:05-CV-2903-BBM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1) and other applicable law, the above-styled action is hereby DISMISSED WITH PREJUDICE.

Respectfully submitted this 15th day of August, 2006.

- 2 -

| s/ A. Bradley Dozier, Jr. | s/ Ashley D. Brightwell |
|---|---|

A. Bradley Dozier, Jr.  
Georgia Bar No. 228701  
[*electronically signed by Ashley D. Brightwell w/express permission of A. Bradley Dozier, Jr.*]

JOHNSON & BENJAMIN LLP  
730 Peachtree Street NE  
Suite 750  
Atlanta, Georgia  30308  
(404) 969-4110 – telephone  
(404) 969-4142 – facsimile

ATTORNEYS FOR PLAINTIFF

Ashley D. Brightwell  
Georgia Bar No. 207459  
Jeremy D. Tucker  
Georgia Bar No. 142484

ALSTON & BIRD LLP  
1201 West Peachtree Street  
Atlanta, Georgia  30309-3424  
(404) 881-7000 – telephone  
(404) 881-7777 – facsimile

ATTORNEYS FOR DEFENDANT

ADMIN/11757596v1